UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROWENA BENOIT | * | CIVIL ACTION |
| | * | NO. 2:06-cv-02868 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| ACADEMY LOUISIANA COMPANY, L.L.C. | * | JUDGE STANWOOD R. |
| d/b/a ACADEMY SPORTS AND OUTDOORS | * | DUVAL, JR. |
| | * | |
| | * | MAGISTRATE DANIEL E. |
| | * | KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Considering the above and foregoing Joint Motion to Dismiss, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims that have been or may be asserted by and between Plaintiff, Rowena Benoit, and Defendant, Academy Louisiana Co., L.L.C. d/b/a Academy Sports & Outdoors in the above-captioned matter, be and are hereby dismissed **with prejudice**, each party to bear its own costs.

New Orleans, Louisiana, this \_\_10th\_\_ day of \_\_\_\_May\_\_\_\_, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.